IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 09-193 |
| v. | : | |
| | : | CIVIL NO. 13-1173 |
| KENNETH HAMPTON | : | |

# ORDER

**AND NOW**, this <u>  28th  </u> day of <u>  January  </u>, 2014, upon consideration of Petitioner's Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 (ECF No. 114), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Habeas Corpus Motion under 28 U.S.C. § 2255 is **DENIED**; and

2. No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

                                                      **BY THE COURT:**

                                                      _____
                                                      **R. BARCLAY SURRICK, J.**